Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA 93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiff: ORLANDO JAVIER GONZALEZ

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; OFFICERS ANTHONY ALVARADO, RUDY MONTOYA, JOE ALVAREZ, ART RODRIGUEZ, MARK WILCOX, and JESUS CERDA; JERRY DYER, Chief of the Fresno City Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>  Defendants. | CASE NO.: 1:07-CV-1623 OWW SMS<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS AND ORDER**<br><br><br>**Date: May 19, 2008**<br>**Time: 10:00 a.m.**<br>**Courtroom: 3**<br>**The Honorable Oliver W. Wanger** |

IT IS HEREBY STIPULATED by and between the parties hereto that the Motion to Dismiss currently on calendar for May 19, 2008, shall be continued to June 16, 2008, at 10:00 a.m.

Dated: May 2, 2008          LAW OFFICE OF JACOB M. WEISBERG


                            /s/ Jacob M. Weisberg
                            Jacob M. Weisberg, Attorney for Plaintiffs,
                            ORLANDO GONZALEZ

Stip re cont.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: May 2, 2008  WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

/s/ James Arendt
James Arendt, Attorneys for Defendants

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: May 5, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
JUDGE, UNITED STATES DISTRICT COURT

Stip re cont.

PDF created with pdfFactory trial version www.pdffactory.com