1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4
   Attorney for Plaintiff: ORLANDO JAVIER GONZALEZ

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FRESNO; OFFICERS ANTHONY ALVARADO, RUDY MONTOYA, JOE ALVAREZ, ART RODRIGUEZ, MARK WILCOX, and JESUS CERDA; JERRY DYER, Chief of the Fresno City Police Department, in Their Individual and Official Capacities; and DOES 1 - 75, Inclusive,<br><br>Defendants. | CASE NO.:  1:07-CV-1623 OWW SMS<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS AND ORDER**<br><br><br>**Date:  June 30, 2008**<br>**Time:  10:00 a.m.**<br>**Courtroom:  3**<br>**The Honorable Oliver W. Wanger** |

IT IS HEREBY STIPULATED by and between the parties hereto that the Motion to Dismiss currently on calendar in the above entitled court for June 30, 2008, shall be continued to July 28, 2008, at 10:00 a.m.

Dated: May 23, 2008          LAW OFFICE OF JACOB M. WEISBERG


                             /s/ Jacob M. Weisberg
                             Jacob M. Weisberg, Attorney for Plaintiffs,
                             ORLANDO GONZALEZ

Stip re cont

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  May 23, 2008                                         WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

/s/ James Arendt
James Arendt, Attorneys for Defendants

## ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: May 28, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
JUDGE, UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com