James D. Weakley, Esq.  Bar No. 082853
James J. Arendt, Esq.  Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICERS ANTHONY ALVARADO, RUDY MONTOYA, JOE ALVAREZ, ART RODRIGUEZ, MARK WILCOX, JESUS CERDA, and CHIEF JERRY DYER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, OFFICERS ANTHONY ALVARADO, RUDY MONTOYA, JOE ALVAREZ, ART RODRIGUEZ, MARK WILCOX, JESUS CERDA; JERRY DYER, Chief of Fresno Police Department, in Their Individual and Official Capacities, and DOES 1-75, Inclusive,<br><br>Defendants. | CASE NO. 1:07-CV-1623-OWW-SMS<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, as to defendants ANTHONY ALVARADO and JOE ALVAREZ, all parties to bear their own costs and attorney's fees.

Respectfully submitted,

DATED: May 21, 2009

WEAKLEY, ARENDT & McGUIRE, LLP

By: /s/ James J. Arendt
James J. Arendt
Attorneys of Defendants, City of Fresno, et al.

---
Stipulated Dismissal and Order

DATED: May 21, 2009

LAW OFFICE OF JACOB M. WEISBERG

By: ‎ /s/   Jacob M. Weisberg
Jacob M. Weisberg
Attorney for Plaintiff Orlando Gonzalez

**ORDER**

IT IS SO ORDERED.

**Dated:   May 21, 2009**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE