James D. Weakley, Esq.     Bar No. 082853
James J. Arendt, Esq.      Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICERS ANTHONY ALVARADO, RUDY MONTOYA, JOE ALVAREZ, ART RODRIGUEZ, MARK WILCOX, JESUS CERDA, and CHIEF JERRY DYER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF FRESNO, OFFICERS ANTHONY ALVARADO, RUDY MONTOYA, JOE ALVAREZ, ART RODRIGUEZ, MARK WILCOX, JESUS CERDA; JERRY DYER, Chief of Fresno Police Department, in Their Individual and Official Capacities, and DOES 1-75, Inclusive,<br><br>    Defendants. | CASE NO. 1:07-CV-1623-OWW-SMS<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |

   The parties hereby stipulate to extend the non-expert and expert discovery cutoff date from June 1, 2009 to July 31, 2009.


DATED: May 20, 2009

                              WEAKLEY, ARENDT & McGUIRE, LLP

                        By:    /s/   James J. Arendt
                              James J. Arendt
                              Attorneys of Defendants, City of Fresno, et al.

---

STIPULATION AND PROPOSED ORDER
TO EXTEND DISCOVERY DEADLINE

DATED: May 20, 2009

LAW OFFICE OF JACOB M. WEISBERG

By:   /s/   Jacob M. Weisberg
Jacob M. Weisberg
Attorney for Plaintiff Orlando Gonzalez

**ORDER**

**IT IS SO ORDERED.**

DATED:   May 28, 2009

  /s/ Sandra M. Snyder
Honorable Sandra M. Snyder
United States Magistrate Judge