James D. Weakley, Esq.    Bar No. 082853
James J. Arendt, Esq.     Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, OFFICERS RUDY MONTOYA, ART RODRIGUEZ, MARK WILCOX, JESUS CERDA, and CHIEF JERRY DYER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO JAVIER GONZALEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO, OFFICERS ANTHONY ALVARADO, RUDY MONTOYA, JOE ALVAREZ, ART RODRIGUEZ, MARK WILCOX, JESUS CERDA; JERRY DYER, Chief of Fresno Police Department, in Their Individual and Official Capacities, and DOES 1-75, Inclusive,<br><br>    Defendants. | CASE NO. 1:07-CV-1623-OWW-SMS<br><br>**STIPULATED DISMISSAL AND ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to this action, through their attorneys of record, stipulate to dismissal of the entire action, with prejudice, as to

///

///

///

///

///

///

///

---

Stipulated Dismissal and Order

1  all defendants, all parties to bear their own costs and attorney's fees.

3                                       Respectfully submitted,

4  DATED: August 5, 2009

5                                       WEAKLEY, ARENDT & McGUIRE, LLP

7                              By:      /s/   James J. Arendt
                                        James J. Arendt
8                                       Attorneys of Defendants, City of Fresno, et al.

10 DATED: August 5, 2009

11                                      LAW OFFICE OF JACOB M. WEISBERG

13                             By:      /s/ Jacob M. Weisberg
                                        Jacob M. Weisberg
14                                      Attorney for Plaintiff Orlando Gonzalez

16                                      **ORDER**

18
19 IT IS SO ORDERED.

    **Dated:   August 7, 2009**              **/s/ Oliver W. Wanger**
20                                      UNITED STATES DISTRICT JUDGE

---

Stipulated Dismissal and Order                 2